Lee Roy Kahn, a Minor, by Julius F. Kahn, His Father and Next Friend, Appellee, v. James Burton Company, Jacob A. Kreiger and Bessie Kreiger, and Malkov Lumber Company, Inc., Defendants. Malkov Lumber Company, Inc., Appellant, James Burton Company, Coparty-Appellant.

Gen. No. 46,067.

First District, First Division.

January 9, 1956.

Released for publication February 27, 1956.

Hinshaw, Culbertson, Moelmann & Hoban, for appellant; Oswell G. Treadway, of counsel; Louis G. Davidson, for appellee. Opinion by JUDGE BURKE. Not to be published in full.